Application for Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

|  |  |
|---|---|
| **In the Matter of the Search of:** | |
| Enrique Martinez Lopez | **Case No.**   MJ20-5005 |
| *(identify the person to be searched with reasonable particularity)* | |

## APPLICATION FOR A SEARCH WARRANT FOR BLOOD SAMPLE

I, Timothy Johnson, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that a sample of blood consisting of one of more tubes or vials should be taken from the following person:

Enrique Martinez Lopez *(identify the person to be searched with reasonable particularity)*

located in the Western District of Washington and that this blood sample is evidence of the following crime or crimes.

☒ Driving While Under the Influence in violation of RCW 46.61.502, 18 U.S.C. § 13, and 36 C.F.R § 4.23 or 38 C.F.R. § 1.218

☐ Physical Control of a Vehicle While Under the Influence of Alcohol or Drugs in violation of RCW 46.61.504, 18 U.S.C. § 13, and 36 C.F.R § 4.23 or 38 C.F.R. § 1.218

☐ Driver under Twenty-One Consuming Alcohol or Marijuana in violation of RCW 46.61.503 and 18 U.S.C. § 13

☐ Vehicular Homicide in violation of RCW 46.61.520 and 18 U.S.C. § 13

☐ Vehicular Assault in violation of RCW 46.61.524 and 18 U.S.C. § 13

☐ _____

This application is based on the facts set forth in the attached affidavit which is incorporated herein as if fully set forth.

Pursuant to Fed. R. Crim. P. 4.1 & 41(d)(3), this warrant is presented:

☒ By reliable electronic means.      ☐ Telephonically (and recorded).

_____
Timothy Johnson
Supervisory Police Officer, JBML

The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone on this 13th day of January, 2020.

_____
THE HON. BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

STATE OF WASHINGTON )
                     )  ss
COUNTY OF KING       )

### AFFIDAVIT OF TIMOTHY JOHNSON
### AFFIANT BACKGROUND

1. I have served as a law enforcement officer for the past 18 years. My training and experience relevant to the investigation discussed below includes the following:

☐ Basic Training at the Federal Law Enforcement Training Center

☐ Basic Law Enforcement Academy at the Washington Criminal Justice Training Commission

☒ Standardized Field Sobriety Testing

☒ Advanced Roadside Impaired Driving Enforcement Training

### CURRICULUM VITAE

I, Supervisory Police Officer Timothy Johnson, have served in a law enforcement capacity as both a Military Police Officer and Department of the Army Civilian Police Officer with a combined total of 18 years' law enforcement experience. My training and experience regarding investigations of the listed crime(s) include the following: Basic law enforcement training with the United States Army Military Police Advanced Individual Training and Department of the Army Civilian Police Academy, Training in Standardized Field Sobriety Testing to National Highway Traffic Safety Administration (NHTSA) Standards, Continuing law enforcement training with Northwestern University obtaining (NHTSA) instructor certification for Standardized Field Sobriety Testing (SFST), and the International Association of Chiefs of Police (IACP) Advanced Roadside Impaired Driving

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Enforcement (A.R.I.D.E.) course. I am currently certified as an operator for the breath-testing instrument in the State of Washington. Through my past training and experience I have learned to recognize signs of alcohol and/or drug impairment in persons and to determine whether or not a person's ability to operate a motor vehicle safely is impaired. I am also aware from my training and experience that most drugs once ingested including alcohol, will be detectable in a person's blood. I am also trained to recognize the signs and evidence of an alcohol and / or drug related collision. I have received training in collision investigation while attending the 3 week Traffic Management Collision Investigation (T.M.C.I) course.

The entire incident I am about to describe occurred in the jurisdictional boundaries of Joint Base Lewis-McChord, Washington.

### SUMMARY OF PROBABLE CAUSE

1.      As a result of my duties I am familiar with the jurisdictional boundaries of Joint Base Lewis-McChord, Washington. The incident described below occurred within these jurisdictional boundaries, an area within the special maritime and territorial jurisdiction of the United States as defined in 18 U.S.C. § 7.

2.      The initial contact with MARTINEZ LOPEZ, Enrique occurred on 13 January 2020, at approximately 0321 Hours at Joint Base Lewis-McChord, Washington.

3.      The facts supporting the initial contact with MARTINEZ LOPEZ, Enrique are as follows: Mr. MARTINEZ LOPEZ attempted to gain access to Joint Base Lewis McChord, Washington through the Madigan Army Medical Center Gate, via Exit 122 off of Interstate 5 while driving a 2016 Chevrolet Impala WA/BAX9557. Military Police Gate Guard Specialist PRASTER approached Mr. MARTINEZ LOPEZ who was seated in the driver's seat and appeared disoriented and was unaware of his location. Military Police Gate Guard Specialist PRASTER observed an open container of Budweiser beer

AFFIDAVIT OF JOHNSON - 2

1  sitting in a cup holder in the center console.  Upon my arrival, I observed Mr.

2  MARTINEZ LOPEZ exit his vehicle, which he was leaning against for support.  I asked

3  Mr. MARTINEZ LOPEZ to walk towards the front of his vehicle.  While walking, Mr.

4  MARTINEZ LOPEZ was observed stumbling and swaying from left to right and front to

5  back.  I asked Mr. MARTINEZ LOPEZ if he would be willing to submit to a series of

6  Standardized Field Sobriety Tests to determine if he were safe to drive.  I detected an

7  extreme odor on an alcoholic beverage emanating from his breath and person.  Mr.

8  MARTINEZ LOPEZ voluntarily submitted to Standardized Field Sobriety Tests which I

9  administered and detected extreme signs of impairment.  I asked Mr. MARTINEZ

10  LOPEZ if he would be willing to submit to a Preliminary Breath Test, which he refused

11  to do.  Mr. MARTINEZ LOPEZ was placed under arrest and transported to my patrol

12  vehicle.

13        4. The facts supporting my belief that Mr. MARTINEZ LOPEZ is under the

14        influence

15  of intoxicating liquor, marijuana, or any drug and/or is affected by intoxicating liquor,

16  marijuana, or any drug are as follows:  After Mr. MARTINEZ LOPEZ was placed in my

17  patrol vehicle, he was advised of his legal rights which he stated he did not understand

18  and requested a translator.  Mr. MARTINEZ LOPEZ was informed we would be

19  providing him with an interpreter.  Mr. MARTINEZ LOPEZ kicked his feet out of the

20  patrol vehicle, preventing the door to be closed.  Mr. MARTINEZ LOPEZ refused

21  several commands by myself and other JBLM Police Officers to place his feet into the

22  patrol vehicle.  Mr. MARTINEZ LOPEZ was removed from the vehicle in order to

23  restrain his legs.  Once out of the vehicle, Mr. MARTINEZ LOPEZ became combative,

24  throwing his shoulders to the left and right towards myself and other JBLM Police

25  Officers.  Mr. MARTINEZ LOPEZ was taken to the ground using minimal force, where

26  leg restraints were applied.  Mr. MARTINEZ LOPEZ was transported to the JBLM

27  Police McChord Field substation, where he was placed in a detention cell due to his

28  uncooperative and combative behavior.  Mr. MARTINEZ LOPEZ immediately began

AFFIDAVIT OF JOHNSON - 3

1   repeatedly kicking the door to the detention cell.  Military Police Officer Specialist

2   ROJAS advised Mr. MARTINEZ LOPEZ of his legal rights from the Washington State

3   DUI Arrest Report, which Mr. MARTINEZ LOPEZ stated he did not understand and

4   wished to speak to an attorney.  Military Police Specialist ROJAS advised Mr.

5   MARTINEZ LOPEZ of the Implied Consent from the Washington State DUI Arrest

6   Report, where Mr. MARTINEZ LOPEZ stated he refused to provide evidentiary breath

7   samples.  JBLM Police contacted Federal Public Defender Greg Geist.  Mr. MARINEZ

8   LOPEZ spoke with Federal Public Defender Greg Geist, where Mr. MARTINEZ LOPEZ

9   stated he did not understand Federal Public Defender Greg Geist.  Mr. MARTINEZ

10  LOPEZ did not show any difficulty in understanding or speaking English when

11  communicating with me prior to his arrest.

12      5.  **MARTINEZ LOPEZ, Enrique**

13      ☒  Has refused to take a breath Alcohol test on an instrument approved

14         by the State Toxicologist or a federal agency for such breath testing.

15      ☐  Is being treated in a hospital, clinic, doctor's office, emergency

16         medical vehicle, ambulance, or other similar facility, or is at a

17         location that lacks an instrument approved by the State Toxicologist

18         or a federal agency for performing such breath testing, and has

19         refused to submit to a blood test.

20      ☐  Is incapable due to physical injury, physical incapacity, or other

21         physical limitation of submitting to a breath alcohol test, and the

22         defendant has refused to submit to a blood test.

23      ☒  Has refused to submit to a blood test at the request of the

24         undersigned.

25      ☐  Was not offered an opportunity to take a breath alcohol test on an

26         instrument approved by the State Toxicologist or a federal agency

27         for such breath testing because:

28         ☐ The available instrument is currently out of order

AFFIDAVIT OF JOHNSON - 4

☐ The individual does not speak English and the implied
consent warnings are not available in a language that the
defendant understands

☐

☐ Submitted to a breath test on an instrument approved by the State Toxicologist or a
federal agency for such breath testing but the breath alcohol concentration reading of
is not consistent with the defendant's level of impairment suggesting that the
defendant is under the influence of a drug.

I certify (or declare) under penalty of perjury under the laws of the United States
that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated this 13th day of January, 2020.

_____
TIMOTHY JOHNSON, Affiant
Supervisory Police Officer, JBML

The above-named agent provided a sworn statement attesting to the truth of the
foregoing affidavit on 13th day of January, 2020.

_____
THE HON. BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

AFFIDAVIT OF JOHNSON - 5